3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 22 1995

Michael N. Milby, Clerk of Court

| | |
|---|---|
| SANCHEZ, | § |
| Plaintiff, | § |
| v. | § NO. H-95-MC-99 |
| COUNTY OF MEDINA, *et al*, | § |
| Defendants. | § |

## ORDER

Pending before the Court is the Motion to Quash or Modify Subpoenas Duces Tecum (Docket #1) served upon the Houston Police department, in the civil case from the Western District of Texas, San Antonio Division, cause number SA-93-CA-0744. The plaintiff in the underlying case has represented to this Court that the case has settled. Therefore, this motion is MOOT, and this miscellaneous matter should be closed.

So ORDERED.

The clerk shall enter this order and provide a true copy to all parties.

SIGNED this 21st day of November, 1995.

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE